No. D–2146. IN RE DISBARMENT OF SCULLY. Roger Tehan Scully, of Rockville, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, re-

quiring him to show cause why he should not be disbarred from the practice of law in this Court.